**Opinion issued June 4, 2026.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00885-CV

———————————

**TPLC29 LLC; TP1488 LLC; LINDSEY INTERESTS, L.L.C.; TPSTORAGE LLC; AND LINDSEY COMMERCIAL PROPERTIES LLC, Appellants**

**V.**

**LOCK AWAY HWY 105 WEST, LLC; PACIFIC RELIANT ONE, LLC; VICTORIA DRIVE, LLC; LOCK AWAY FM 1488, LLC; BRUNDAGE/CLAUSON, LLC; LOCK AWAY LITTLE EGYPT ROAD, LLC, AND STRAT PROPERTY MANAGEMENT, INC., Appellees**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-88171**

---

## MEMORANDUM OPINION

Appellants TPLC29 LLC, TP1488 LLC, Lindsey Interests, L.L.C., TPStorage

LLC, and Lindsey Commercial Properties LLC and Appellees Lock Away HWY

105 West, LLC, Pacific Reliant One, LLC, Victoria Drive, LLC, Lock Away FM 1488, LLC, Brundage/Clauson, LLC, Lock Away Little Egypt Road, LLC, and Strat Property Management, Inc. previously filed a Joint Motion to Abate announcing settlement and requesting that we abate the appeal to permit proceedings in the trial court to effectuate their settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(C) ("In accordance with an agreement signed by the parties or their attorneys and filed with the clerk, the court may. . . abate the appeal and permit proceedings in the trial court to effectuate the agreement."). We granted the motion and abated the appeal.

The parties have now filed a Joint Motion to Reinstate and Dismiss stating they have finalized their settlement and requesting that we reinstate and dismiss the appeal pursuant to Rule of Appellate Procedure 42.1(a)(1). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

We grant the parties' Joint Motion to Reinstate and Dismiss. We reinstate the appeal on the Court's active docket and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), (d), 43.2(f).

We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.

2